UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     11-cr-576 (PKC)

      -against-

                                                                       <u>ORDER</u>

ENRIQUE BRITO,

              Defendant.
-----------------------------------------------------------x
ENRIQUE BRITO,
              Movant,

                                                        16-cv-7618 (PKC)

      -against-

UNITED STATES OF AMERICA.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Enrique Brito has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue as to the denial of his section 2255 motion. 28 U.S.C. § 2253; <u>see</u> <u>Blackman v. Ercole</u>, 661 F.3d 161, 163-64 (2d Cir. 2011). This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion and Order of April 12, 2024 would not be taken in good faith and therefore <u>in</u> <u>forma</u> <u>pauperis</u> status is denied. <u>See</u> <u>Coppedge v. United States</u>, 369 U.S. 438 (1962).

        SO ORDERED.

                                                                     P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
       June 10, 2024